IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LENOVO PC HK LIMITED, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 1:21-cv-01558-LPS |
| MAXIM INTEGRATED PRODUCTS, INC., | ) ) ) |
| Defendant. | ) ) |

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a), Lenovo PC HK Limited and Maxim Integrated Products, Inc., through undersigned counsel, hereby stipulate to a voluntary dismissal with prejudice of the above-captioned action. Each party will bear their own costs and expenses, including attorneys' fees, as established in the parties' Confidential Settlement and Mutual Release Agreement.

Dated: March 22, 2022
Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Kevin J. Mangan*
Kevin J. Mangan (#3810)
Nicholas T. Verna (#6082)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsmile: (302) 252-4321
Email: kevin.mangan@wbd-us.com
Email: nick.verna@wbd-us.com

Hayden J. Silver, III (*pro hac vice*)
Raymond M. Bennett (*pro hac vice*)
Madison B. Waller (*pro hac vice*)
555 Fayetteville Street, Suite 1100
Raleigh, North Carolina 27601
Telephone: (919) 755-2100
Facsmile: (919) 755-2150

        Email: jay.silver@wbd-us.com
        Email: ray.bennett@wbd-us.com
        Email: madison.waller@wbd-us.com

        *Attorneys for Plaintiff Lenovo PC HK Limited*

        **PHILLIPS, MCLAUGHLIN & HALL, P.A.**

        */s/ David A. Bilson*
        John C. Phillips, Jr. (#110)
        David A. Bilson (#4986)
        1200 North Broom Street
        Wilmington, DE 19806
        Telephone: 302-655-4200
        Facsmilie: 302-655-4210
        Email: jcp@pmhdelaw.com
        Email: dab@pmhdelaw.com

        *Of Counsel:*
        Michael Ioannou
        Kevin W. Isaacson
        **ROPERS MAJESKI PC**
        333 W. Santa Clara St., Suite 910
        San Jose, California 95113
        Telephone: (408) 287-6262
        Facsimile: (408) 918-4501
        Email: michael.ioannou@ropers.com
        Email: kevin.isaacson@ropers.com

        *Attorneys for Defendant Maxim Integrated Products, Inc.*

SO ORDERED this ___ day of_____, 2022.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE